# EXHIBIT A

US006791898B1

(12) **United States Patent**     (10) **Patent No.:**    **US 6,791,898 B1**

Manapat et al.           (45) **Date of Patent:**     **Sep. 14, 2004**

(54) **MEMORY DEVICE PROVIDING ASYNCHRONOUS AND SYNCHRONOUS DATA TRANSFER**

(75) Inventors: **Rajesh Manapat**, San Jose, CA (US); **Manoj Roge**, San Jose, CA (US); **Kannan Srinivasagam**, Sunnyvale, CA (US)

(73) Assignee: **Cypress Semiconductor Corporation**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 29 days.

(21) Appl. No.: **10/269,391**

(22) Filed: **Oct. 11, 2002**

(51) Int. Cl.[7] ................................................ G11C 8/00

(52) U.S. Cl. ................ **365/233**; 365/233.5; 365/230.01

(58) Field of Search ............................... 365/233, 233.5, 365/230.01, 240, 185.11; 327/192; 711/1

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,548,560 A   *   8/1996   Stephens, Jr. et al.   ...   365/233.5

6,172,936 B1   *   1/2001   Kitazaki ..................... 365/233

* cited by examiner

Primary Examiner—Van Thu Nguyen
Assistant Examiner—N. Nguyen
(74) Attorney, Agent, or Firm—Wagner, Murabito & Hao LLP

(57)          **ABSTRACT**

Embodiments of the present invention provide a memory device having multiple modes of data transfer. In one embodiment, async/sync logic and a configuration register provide for asynchronous and synchronous data transfer. The async/sync logic utilizes the configuration register and various control signals to determine whether a data transfer operation should be asynchronous or synchronous. The async/sync logic also utilizes the configuration register and various control signals to determine other functionalities of the particular data transfer mode. Functionalities may include normal and page mode, page length, bust read, linear or interleaved burst, burst wrap, burst suspend, data hold length, first access latency, transition between synchronous and asynchronous mode, and the like.

**18 Claims, 27 Drawing Sheets**





# FIGURE 1
# (CONVENTIONAL ART)



# FIGURE 2
# (CONVENTIONAL ART)



# FIGURE 3



# FIGURE 4A



# FIGURE 4B



FIGURE 5

| RESERVED | READ MODE | RES'D | FIRST ACCESS LATENCY | | RES'D | DATA HOLD | RES'D | BURST SEQ. | RESERVED | | | BURST WRAP | SYNC. BURST LENGTH | | |
|----------|-----------|-------|---|---|-------|-----------|-------|------------|----------|---|---|------------|---|---|---|
| A21-16 | A15 | A14 | A13 | A12 A11 | A10 | A9 | A8 | A7 | A6 | A5 | A4 | A3 | A2 | A1 | A0 |

# FIGURE 6

| BIT(S) | NAME | DESCRIPTION |
|---|---|---|
| 21-16 | RESERVED | RESERVED |
| 15 | ASYNC/SYNC SELECTION | 0 - ASYNCHRONOUS MODE (DEFAULT)<br>1 - SYNCHRONOUS READ - ASYNCHRONOUS WRITE MODE |
| 14 | RESERVED | RESERVED |
| 13-11 | FIRST ACCESS LATENCY COUNT | 011 - 3 CLOCK LATENCY (DEFAULT)<br>100 - 4 CLOCK LATENCY<br>101 - 5 CLOCK LATENCY<br>ALL OTHERS - RESERVED |
| 10 | RESERVED | RESERVED |
| 9 | DATA HOLD COUNT | 0 - HOLD DATA FOR ONE CLOCK CYCLE (DEFAULT)<br>1 - HOLD DATA FOR TWO CLOCK CYCLES |
| 8 | RESERVED | RESERVED |
| 7 | BURST SEQUENCE | 0 - INTERLEAVED BURST ORDER<br>1 - LINEAR BURST ORDER (DEFAULT) |
| 6-4 | RESERVED | RESERVED |
| 3 | BURST WRAP | 0 - WRAP BURSTS WITHIN BURST LENGTH DEFINED BY M3CR[2:0]<br>1 - DON'T WRAP BURST ACCESSES WITHIN BURST LENGTH (DEFAULT) |
| 2-0 | BURST LENGTH | 001 - 4 WORD BURST<br>010 - 8 WORD BURST<br>011 - 16 WORD BURST<br>111 - CONTINUOUS BURST (DEFAULT) |

FIGURE 7A

| BIT(S) | NAME | DESCRIPTION |
|---|---|---|
| 21-3 | RESERVED | RESERVED |
| 2 | ASYNCHRONOUS PAGE MODE LENGTH | 0 - 4 - WORD LENGTH (DEFAULT) 1 - 8 - WORD LENGTH |
| 1-0 | RESERVED | RESERVED |

**FIGURE 7B**



FIGURE 8A



FIGURE 8B



**FIGURE 8C**

U.S. Patent      Sep. 14, 2004      Sheet 13 of 27      US 6,791,898 B1



**FIGURE 8D**



FIGURE 9A



FIGURE 9B



SWITCHING WAVEFORMS-ASYNCHRONOUS PAGE MODE
4-WORD ASYNCHRONOUS PAGE MODE READ

FIGURE 10A



FIGURE 10B



**FIGURE 11A**



SWITCHING WAVEFORMS-ASYNCHRONOUS PAGE MODE
8-WORD ASYNCHRONOUS PAGE MODE WRITE

FIGURE 11B



**FIGURE 12**



**FIGURE 13A**

| | 4-WORD BURST M3CR[2:0]=001b | | 8-WORD BURST M3CR[2:0]=001b | | 16-WORD BURST M3CR[2:0]=001b | | 512-WORD BURST M3CR[2:0]=001b |
|---|---|---|---|---|---|---|---|
| START ADDR. (DEC) | LINEAR | INTER-LEAVED | LINEAR | INTERLEAVED | LINEAR | INTERLEAVED | LINEAR |
| 0 | 0-1-2-3 | 0-1-2-3 | 0-1-2-3-4-5-6-7 | 0-1-2-3-4-5-6-7 | 0-1-2-3-4..14-15 | 0-1-2-3-4..14-15 | 0-1-2-3...510-511 |
| 1 | 1-2-3-0 | 1-0-3-2 | 1-2-3-4-5-6-7-0 | 1-0-3-2-5-4-7-6 | 1-2-3-4..14-15-0 | 1-0-3-2-5..15-14 | 1-2-3...510-511-0 |
| 2 | 2-3-0-1 | 2-3-0-1 | 2-3-4-5-6-7-0-1 | 2-3-0-1-6-7-4-5 | 2-3-4-5..15-0-1 | 2-3-0-1-6..12-13 | 2-3-4...511-0-1 |
| 3 | 3-0-1-2 | 3-2-1-0 | 3-4-5-6-7-0-1-2 | 3-2-1-0-7-6-5-4 | 3-4-5..15-0-1-2 | 3-2-1-0-7..13-12 | 3-4-5...511-0-1-2 |
| 4 | | | 4-5-6-7-0-1-2-3 | 4-5-6-7-0-1-2-3 | 4-5...15-0-1-2-3 | 4-5-6-7-0..10-11 | 4-5...511-0-1-2-3 |
| 5 | | | 5-6-7-0-1-2-3-4 | 5-4-7-6-1-0-3-2 | 5-6-7..15-0-1..4 | 5-4-7-6-1..11-10 | 5-6-7...511-0-1..4 |
| 6 | | | 6-7-0-1-2-3-4-5 | 6-7-4-5-2-3-0-1 | 6-7-8..15-0-1..5 | 6-7-4-5-2..8-9 | 6-7-8...511-0-1..5 |
| 7 | | | 7-0-1-2-3-4-5-6 | 7-6-5-4-3-2-1-0 | 7-8-9..15-0-1..6 | 7-6-5-4-3..9-8 | 7-8-9...511-0-1..6 |
| : | : | : | : | : | : | : | : |
| 14 | | | | | 14-15-0-1-2.13 | 14-15-12-13..0-1 | 14...511-0-1..13 |
| 15 | | | | | 15-0-1-2-3..14 | 15-14-13-12..1-0 | 15...511-0-1..14 |

BURST ADDRESS SEQUENCE (DECIMAL)

WRAP (M3CR[3]=0)

FIGURE 13B

| | | BURST ADDRESS SEQUENCE (DECIMAL) | | | | | |
|---|---|---|---|---|---|---|---|
| START ADDR. (DEC) | 4-WORD BURST M3CR[2:0]=001b | | 8-WORD BURST M3CR[2:0]=001b | | 16-WORD BURST M3CR[2:0]=001b | | 512-WORD BURST M3CR[2:0]=001b |
| | LINEAR | INTER-LEAVED | LINEAR | INTERLEAVED | LINEAR | INTERLEAVED | LINEAR |
| 0 | 0-1-2-3 | N/A | 0-1-2-3-4-5-6-7 | N/A | 0-1-2-3...14-15 | N/A | 0-1-2-3...510-511 |
| 1 | 1-2-3-4 | N/A | 1-2-3-4-5-6-7-8 | N/A | 1-2-3-4...15-16 | N/A | 1-2-3-4...511-512 |
| 2 | 2-3-4-5 | N/A | 2-3-4-5-6-7-8-9 | N/A | 2-3-4-5...16-17 | N/A | 2-3-4-5..512-513 |
| 3 | 3-4-5-6 | N/A | 3....10 | | 3....18 | N/A | 3....514 |
| 4 | | | 4....11 | | 4....19 | N/A | 4...515 |
| 5 | | | 5....12 | | 5....20 | N/A | 5....516 |
| 6 | | | 6....13 | | 6....21 | N/A | 6....517 |
| 7 | | | 7....14 | N/A | 7....22 | N/A | 7....518 |
| : | : | : | : | : | : | : | : |
| 14 | | | | | 14....29 | N/A | 14....525 |
| 15 | | | | | 15....30 | N/A | 15....526 |

WRAP (M3CR[3]=1)

FIGURE 13B
(CONT.)



FIGURE 14



FIGURE 15



FIGURE 16



FIGURE 17

US 6,791,898 B1

1

# MEMORY DEVICE PROVIDING ASYNCHRONOUS AND SYNCHRONOUS DATA TRANSFER

## FIELD OF THE INVENTION

Embodiments of the present invention relate to memory devices, and more particularly to data transfer modes for memory devices.

## BACKGROUND OF THE INVENTION

In the conventional art, memory devices either transfer data synchronously or asynchronously. In asynchronous transfer, one device may initiate the transfer and wait until the another device responds. In synchronous transfer, the transfer occurs according to a clock signal that can be shared between two devices.

Referring to FIG. **1**, a block diagram of an asynchronous memory device **100** in accordance with the conventional art is shown. The memory device **100** is comprised of an array of memory cells **105**, a row address decoder **110**, a column address decoder **115**, sense amplifier and data-in driver **120**, data buffer **125**, and control logic **130**. The control logic **130** receives various control signals **135**, such as chip enable, output enable, write enable, and the like. The control logic **130** controls the state of the row decoder **110**, column decoder **115**, sense amplifier and data-in driver **120**, and data buffer **125** in accordance with such control signals **135**.

Addresses are received from an address bus **140** by the row and column decoders **110**, **115**. Typically, the lower address bits are decoded by the column decoder **115**, while the upper address bits are decoded by the row decoder **110**, or multiplexed addressing can be used. The output of the decoders **110**, **115** select the appropriate wordlines (row) and bitlines (column) of the memory cell array **105**.

During a write operation, the data buffer **125** can receive data from a data bus **145** to be written to a plurality of memory cells. The control logic **130** and data-in driver **120** provide the correct wordline and bitline biasing to perform a write operation to the memory cell selected by the row and column decoders **110**, **115** and based upon the data values buffered by the data buffer **125**.

During a read operation, the control logic **130** provides the correct wordline and bitline biasing for performing a read operation of the memory cell selected by the row and column decoders **110**, **115**. The sense amplifier **120** can detect a signal on the selected bitline and output an amplified signal to the data buffer **125** indicative of the programmed state of the memory cell. The data buffer **125** then drives the data bus **145** in accordance with the output from the sense amplifier **120**.

Referring now to FIG. **2**, a block diagram of a synchronous memory device **200** in accordance with the conventional art is shown. The memory device **200** is comprised of an array of memory cells **205**, an address register **210**, a row address decoder **215** and a column address decoder **220**, sense amplifier and data-in driver **225**, data register **230**, data buffer **235**, and control logic **240**. The control logic **240** receives various control signals **245** such as chip enable, output enable, write enable, clock, and the like. The control logic **240** controls the state of the address register **210**, row decoder **215**, column decoder **220**, sense amplifier and data-in driver **225**, data register **230** and data buffer **235** in accordance with such control signals **245**.

Addresses are received on an address bus **250** and loaded into the address register **210** according to a clock signal. The

2

latched addresses are then decoded by the row and column decoders **215**, **220**. Typically the lower address bits are decoded by the column decoder **220**, while the upper address bits are decoded by the row decoder **215**. The output of the decoders selects the appropriate wordlines (row) and bitlines (column) of the memory cell array **205**.

During a write operation, the data buffer **235** receive data to be written to a plurality of memory cells, which is latched by the data register **230** in accordance with a clock signal. The control logic **240** and data-in driver **225** provide the correct wordline and bitline biasing to perform a write operation to the memory cell selected by the row and column decoders **215**, **200** and based upon the latched data values.

During a read operation, the control logic **225** provides the correct wordline and bitline biasing for performing a read operation of the memory cell selected by the row and column decoders **215**, **220**. The sense amplifier **225** detects a signal on the selected bitline and outputs a signal to the data register **230** indicative of the programmed state of the memory cell. The data register **230** latches the signal from the sense amplifier **225** and then provides the data to the data buffer **235** in accordance with a clock signal. The data buffer **235** then drives a data bus **255** based upon such data values.

Accordingly, memory devices according to the conventional art are disadvantageous in that they typically only provide a single mode of data transfer. That is, memory devices according to the conventional art typically either provide for only asynchronous data transfer or only synchronous data transfer.

## SUMMARY OF THE INVENTION

Embodiments of the present invention provide a memory device having multiple modes of data transfer. Embodiments of the present invention provide for asynchronous data transfer. Embodiments of the present invention provide for synchronous data transfer.

Embodiments of the present invention provide multiple modes of data transfer utilizing async/sync logic and a configuration register. The async/sync logic utilizes the configuration register and various control signals to determine whether a data transfer operation should be asynchronous or synchronous. The async/sync logic also utilizes the configuration register and various control signals to determiner other functionalities of the particular data transfer mode. Functionalities of a data transfer mode may include normal and page mode, page length, burst read, linear or interleaved burst, burst wrap, burst suspend, data hold length, first access latency, transition between synchronous and asynchronous mode, and the like.

Accordingly, the multiple modes of data transfer provided by embodiments of the present invention advantageously allow for replacing NOR-flash memory devices with NAND-flash memory devices. Embodiments of the present invention are also advantageous in that the memory device may be operated as a read through device.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example and this should not be construed as limiting, in the figures of the accompanying drawings and in which like reference numerals refer to similar elements and in which:

FIG. **1** shows a block diagram of an asynchronous memory device, in accordance with the conventional art.

FIG. **2** shows a block diagram of a synchronous memory device, in accordance with the conventional art.

US 6,791,898 B1

3

FIG. **3** shows a block diagram of a memory device, in accordance with one embodiment of the present invention.

FIGS. **4A–4B** show a flow diagram of a data transfer method utilized in a memory system, in accordance with one embodiment of the present invention.

FIG. **5** shows a timing diagram for loading the contents of the configuration register, in accordance with one possible implementation of the present invention.

FIG. **6** shows a mapping of the address bits to various functionality provided by the configuration register, in accordance with one possible implementation of the present invention.

FIG. **7A** shows a designation of bits of a first configuration register and their corresponding functionality, in accordance with one possible implementation of the present invention.

FIG. **7B** shows a designation of bits of a second configuration register and their corresponding functionality, in accordance with one possible implementation of the present invention.

FIGS. **8A**, **8B**, **8C**, and **8D** show timing diagrams of asynchronous write operations, in accordance with various possible implementations of the present invention.

FIGS. **9A** and **9B** show timing diagrams of asynchronous read operations, in accordance with various possible implementations of the present invention.

FIGS. **10A** and **10B** show timing diagrams of optional asynchronous page mode read operations, in accordance with various possible implementations of the present invention.

FIGS. **11A** and **11B** show timing diagrams of optional asynchronous page mode write operations, in accordance with various possible implementations of the present invention.

FIG. **12** shows a timing diagram of a synchronous read operation, in accordance with one possible implementation of the present invention.

FIG. **13A** shows a timing diagram of an optional burst synchronous read operation, in accordance with one possible implementation of the present invention.

FIG. **13B** shows exemplary burst address sequences, in accordance with one possible implementation of the present invention.

FIG. **14** shows a timing diagram of an asynchronous write operation, in accordance with one possible implementation of the present invention.

FIG. **15** shows a timing diagram of a synchronous read operation, in accordance with one possible implementation of the present invention.

FIG. **16** shows a timing diagram of a switching waveform, in accordance with one implementation of the present invention.

FIG. **17** shows a timing diagram of a switching waveform, in accordance with one possible implementation of the present invention.

## DETAILED DESCRIPTION OF THE EMBODIMENTS

Reference will now be made in detail to the embodiments of the invention, examples of which are illustrated in the accompanying drawings. While the invention will be described in conjunction with the preferred embodiments, it will be understood that they are not intended to limit the invention to these embodiments. On the contrary, the inven-

4

tion is intended to cover alternatives, modifications and equivalents, which may be included within the spirit and scope of the invention as defined by the appended claims. Furthermore, in the following detailed description of the present invention, numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it will be obvious to one of ordinary skill in the art that the present invention may be practiced without these specific details. In other instances, well-known methods, procedures, components, and circuits have not been described in detail as not to unnecessarily obscure aspects of the present invention.

Referring now to FIG. 3, a block diagram of a memory device **300** in accordance with one embodiment of the present invention is shown. The memory device **300** is comprised of an array of memory cells **305**, address register **310**, a row address decoder **315**, a column address decoder **320**, sense amplifier and data-in driver **325**, data register **330**, data buffer **335**, configuration register **340** and control logic **345** The control logic **345** receives various control signals **350**, such as chip enable (/CE), output enable (/OE), write enable (/WE), clock (CLK), and the like. The control logic **345** also includes asynchronous/synchronous (async/sync) logic **355**. The control logic **345** controls the state of the address register **310**, row decoder **315**, column decoder **320**, sense amplifier and data-in driver **325**, data register **330** and data buffer **335** in accordance with the received control signals **350**.

The async/sync logic **355** provides for multiple modes of data transfer by the memory device **300**. The memory device **300** in asynchronous mode provides for asynchronous read and write transfers. The memory device **300** in synchronous mode provides for synchronous read and asynchronous write transfers.

In one implementation, the async/sync logic **355** portion of the control logic **345** controls operation in asynchronous and synchronous modes, based upon the state of various control signals **350**. Operation may either be asynchronous read, asynchronous write, or synchronous read.

In another implementation, the memory device **300** has a chip select asynchronous (/CSA) pin, a chip select synchronous (/CSS) pin, and a write enable (/WE) pin for receiving corresponding control signals. When the chip select asynchronous pin is asserted low, control logic contained in the memory device **300** performs asynchronous read operations. When the chip select synchronous pin is asserted low, the control logic **345** performs synchronous read operations. When the output enable pin is asserted low, the control logic **345** performs asynchronous write operations.

In another implementation, the memory device **300** has an advance (/ADV) pin, a chip enable (/CE) pin, a write enable (/WE) pin, and an output enable (/OE) pin. When the chip enable (/CE) pin and the advance (/ADV) pin are asserted low, a synchronous read is performed. The output enable (/OE) is asserted low when valid data is present on the data bus. When the write enable (/WE) and advance (/ADV) are asserted low an asynchronous write is performed.

In another implementation, the async/sync logic **355** portion of the control logic **345** controls operation in asynchronous and synchronous modes based upon the contents of a plurality of configuration registers **340**. The configuration register **340** may be a single register or may comprise a plurality of registers. The memory device **300** will operate as either an asynchronous or synchronous device, based upon the contents of the configuration registers **340**. Additionally, configuration registers **340** can also configure options such as burst sequence, first access latency length, and the like.

US 6,791,898 B1

5

6

In one implementation, a series of reads and/or writes to a specified address can be utilized to write to the configuration register **340**. In another implementation, a particular combination of control bits **350** and/or address bits **360** can be utilized to write to the configuration registers **340**.

In asynchronous mode, the input/output (I/O) pins connected to the data bus **365** are placed in a high impedance state when the device is deselected (/CE high), output are disabled (/OE high), the byte enables are disabled (/BLE and /BHE high), or during a write operation (/CE low and /WE low).

During an asynchronous write operation, the data buffer **335** receives data to be written to a plurality of memory cells. The row and column decoders **315**, **320** receive and decode the address of the desired memory cell to which the data is to written. The control logic **345** and data-in driver **325** provide the correct wordline and bitline biasing to perform a write operation to the memory cell selected by the row and column decoder **315**, **320** and based upon the data value buffered by the data buffer **335**.

During an asynchronous or synchronous read operation, the control logic **345** provides the correct wordline and bitline biasing for performing a read operation of the memory cell selected by the row and column decoder **315**, **320**, based upon an address on the address bus **360**. The sense amplifier **325** detects a signal on the selected bitline and outputs an amplified version of the signal to the data buffer **335** to indicate the programmed state of the memory cell. The data buffer **335** then drives a data bus **365** in accordance with the output from the sense amplifier **325**.

In synchronous mode, the input/output (I/O) pins connected to the data bus **365** are placed in a high impedance state when the device is deselected (/CE high), outputs are disabled (/OE high), the byte enables are disabled (/BLE and /BHE high), or during a write operation (/CE low and /WE low).

In one implementation, the async/sync logic **355** also provides for page mode asynchronous read and write. In an exemplary configuration, the configuration register **340** provides for selection of page length of four or eight words. In another implementation, the async/sync logic **355** also provides for random page read and write.

In another implementation, the async/sync logic **355** also provides for synchronous burst read access. The configuration register **340** provides for selection of the number of multiple reads that can be performed. In one exemplary configuration, burst lengths of four, eight, sixteen, or five hundred twelve words can be selected. In yet another implementation, the async/sync logic **355** also provides for linear or interleaved burst read access sequences.

Referring now to FIGS. **4A–4B**, a flow diagram of a data transfer method utilized in a memory system in accordance with one embodiment of the present invention is shown. At step **410**, the memory system loads configuration information into one or more configuration registers. In one implementation, the state of an address bus is loaded into the configuration register when a specified sequence of control signals occur. In another implementation, the state of a data bus is loaded into the configuration register using a series of reads from and/or writes to a specified address.

At step **415**, an async/sync logic portion of a control logic accesses the configuration register to determine whether asynchronous or synchronous transfer is chosen, in one implementation. In another implementation, a pair of chip selects are provided, chip select asynchronous (/CSA) and chip select synchronous (/CSS). The state of the chip selects determines whether asynchronous or synchronous transfer is performed.

If the transfer is asynchronous, then the system determines whether it is a read or a write operation, at step **420**. In one implementation, the write enable (/WE) is checked to determine if the desired operation is a read transfer.

If the transfer is an asynchronous read transfer, the system decodes an address present on the address bus, at step **425**. At step **430**, the system then accesses a memory location to read data therefrom. At step **435**, the system then drives the data out on a data bus.

If the transfer is an asynchronous write transfer, the system decodes an address present on the address bus, at step **440**. At step **445**, the system also buffers the data to be written. At step **450**, the system then accesses the memory location and writes the data.

If the transfer is synchronous, the system determines whether it is a read or write operation, at step **455**. If the transfer is a write transfer, the system decodes the address present on the address bus, at step **440**. At step **445**, the system also buffers the data to be written. At step **450**, the system then accesses the memory location and writes the data.

If the transfer is a synchronous read transfer, then the address present on the address bus is latched at step **460**. At step **465**, the system decodes the address. At step **470**, the system then accesses the memory location from which to read data. In so doing, a sense amplifier outputs a signal indicative of the state of the memory cell at the specified address location. The system then determines the appropriate cycles of latency, at step **475**.

If latency is set to 3 clock cycles, then at step **480**, the system latches the data from the sense amplifier. At step **495**, the system then drives the data out. If latency is set to 4 clock cycles, the system latches the data from the sense amplifier, at step **482**. At steps **484** a first latency is executed. The system then drives the data out at step **495**. If the latency is set to 5 clock cycles, the system latches data from the sense amplifier, at step **486**. At steps **488** and **490** a first latency and a second latency are executed. The system then drives the data out at step **495**. In one implementation, latency may comprise a cascade of latches.

In an optional feature, the synchronous read method provides for burst transfer of data. In one implementation, after step **470**, the configuration register is accessed to determine the length of the burst transfer. If a burst transfer is specified, a counter is initialized. The burst counter is compared against the specified burst length. If the burst count is less then the specified burst length, the burst counter is incremented for the next cycle. The burst count is then added to the address and steps **465** and **470** are repeated. For each accessed memory location, the applicable steps of **475**–**495** are also executed. Hence, the data value stared in the first memory location of a burst read operation has a desired latency. However, all other data values stored in the additional memory locations of a burst sequence are transferred without additional latency added between each output. When the burst count exceeds the specified burst length, no further memory locations are accessed via steps **465** and **470**, for the particular synchronous read operation.

FIG. **5** shows a timing diagram for loading the contents of A configuration register in accordance with one embodiment of the present invention. The configuration register is set by first enabling the deep sleep (/ZZ) pin low. Once this is done, the chip enable (/CE) is enabled low, while the address bits are set according to the desired configuration register state, along with A19 set high. Finally, the write enable (/WE), byte low enable (/BLE), and byte high enable (/BHE) are all

US 6,791,898 B1

**7**

enabled low to write to the configuration register. The configuration register effectively latches the state of an address bus, representing control signals, for access by an async/sync logic.

FIG. 6 shows a mapping of address bits to various functionality provided by a configuration register, in accordance with one embodiment of the present invention. Address bit A0, A1 and A2, specify a synchronous burst length. Address bit A3 specifies whether to wrap a burst within a defined burst length. Address bit A7 specifies a linear or interleaved burst order. Address bit A9 specifies the number of clock cycles that data is held on a data bus. Address bits A11, A12 and A13 specifies the number of clock cycles for synchronous read access latency. Address bit A15 specifies whether the memory device operates in asynchronous or synchronous mode. Address bits A4, A5, A6, A8, A10, A14, and A16–A21 are not used in this particular implementation. However, they may be used to specify additional functionalities.

FIG. 7A shows a designation of bits of a first configuration register and their corresponding functionality, in accordance with one embodiment of the present invention. The most significant bit, A15, of the configuration register specifies whether the memory device operates in an asynchronous read/write mode or a synchronous read mode/asynchronous write mode. The other bits can be used to specify additional features. For example, bits A13, A12 and A11 specify the first access latency count. These three bits of the configuration register control the number of clock cycles that are placed between the command and the first piece of valid data during a synchronous read. Bit A9 specifies the data hold count. This bit determines if data remains valid for one or two cycles on the data bus after a read. This allows flexibility in system designs with processors that need longer setup time. Bit A7 specifies the burst sequence. The bit provides a choice of linear or interleaved bursts. Bit A3 specifies whether the burst operation wraps or not. If it is set 'ON', then the burst will wrap around to the beginning if a burst access is started in the middle address of the sequence. If it is 'OFF', the burst will continue linearly. While the least significant bits, A2, A1 and A0 specify the burst length, bits A4, A5, A6, A8, A10, A14 and A16–A21 are not used in this particular implementation. However, they may be used to specify additional functionalities.

FIG. 7B shows a designation of bits of a second configuration register and their corresponding functionality, in accordance with one embodiment of the present invention. Bit A2 specifies the page read length. When the memory device is being operated in the asynchronous mode, an embodiment allows a page read of four or eight words. Bits A0, A1 and A3–21 are not used in this particular implementation. However, they may be used to specify additional functionalities.

FIG. 8A shows a timing diagram of an asynchronous write operation, in accordance with one embodiment of the present invention. During normal asynchronous writing mode, the chip enable (/CE) and write enable (/WE) are asserted low. If the byte low enable (BLE) is low, then data from the low I/O pins (I/O0–I/O7) is written to the location specified on the address pins. If byte high enable (/BHE) is low, then data from the high I/O pins (I/O8–18/15) is written to the location specified on the address pins. In FIG. 8A, the write cycle occurs on the byte low enable (/BLE) or byte high enable (/BHE) transition. Another possible implementation is shown in FIG. 8B, where the write cycle occurs on the chip enable (/CE) transition. Another possible implementation is shown in FIG. 8C, where the write cycle occurs

**8**

on the write enable (/WE) transition. In yet another possible implementation shown in FIG. 8D, the write cycle occurs on the byte low enable (/BLE) or byte high enable (/BHE) transition.

FIG. 9A shows a timing diagram of an asynchronous read operation, in accordance with one embodiment of the present invention. During normal asynchronous read mode, along with the chip enable (/CE) and output enable (/OE) are asserted low, write enable (/WE) is asserted high. If the byte low enable (/BLE) is low, then data from the memory location specified by the address pins will appear on the lower I/O pins. If byte high enable (/BHE) is low, then data will appear on upper I/O pins. In FIG. 9A, the read cycle occurs on the output enable (/OE) transition. Another possible implementation is shown in FIG. 9B, where the write cycle is address controlled.

FIGS. 10A and 10B show timing diagrams of optional asynchronous page mode read operations, in accordance with various embodiments of the present invention. An asynchronous page mode read is accomplished by initiating a normal mode read of the memory device, while leaving the output enable (/OE) low. The page length is determined by the most significant address bits. In an exemplary configuration, all the address bits except for A1 and A0 should be fixed until the page access is completed for four-word page access operation, as shown in FIG. 10A. In FIG. 10A, each read cycle occurs on the address transitions. For an eight-word page access, all the bits should be fixed except for A2, A1, and A0, as shown in FIG. 10B.

FIGS. 11A and 11B show timing diagrams of optional asynchronous page mode write operations, in accordance with various embodiments of the present invention. An asynchronous page mode write is accomplished by initiating a normal mode write of the memory device, while leaving the write enable (/WE) low. The output enable (/OE) is ignored during a write cycle. The page length is determined by the most significant address bits. In an exemplary configuration, all the address bits except for A1 and A0 should be fixed until the page access is completed for four-word page access operation, as shown in FIG. 11A. In FIG. 11A, each write cycle occurs on the address transitions. For an eight-word page access all the bits should be fixed except for A2, A1, and A0, as shown in FIG. 11B.

FIG. 12 shows a timing diagram of a synchronous read operation, in accordance with one embodiment of the present invention. During a synchronous read, the chip enable (/CE) is asserted low at the rising edge of a clock signal. If advance (/ADV) is asserted low, the address presented to the device will be latched. Byte low enable (/BLE) and byte high enable (/BHE) can be used to control which data byte is being read.

FIG. 13A shows a timing diagram of an optional burst synchronous read operation, in accordance with one embodiment of the present invention. A burst counter is provided for synchronous read operations that allows the user to supply a single address to execute multiple reads without reasserting the address inputs. The configuration register can be used to specify the number of multiple reads to be performed. The burst length can be 4-word, 8-word, 16-word, 512-word, or the like. To execute a burst read, advance (/ADV) is driven low in order to load a new address into the memory device. A high input on advance (/ADV) will increment the internal burst counter regardless of the state of the chip enable (/CE) inputs or write enable (/WE). The output enable (/OE) should remain low during the entire burst access. The wait pin is driven low when valid data is

US 6,791,898 B1

9

on the bus. The sequence of the burst counter, either linear or interleaved, can also be set in the configuration register. FIG. **13**B, shows exemplary burst address sequences, in accordance with one possible implementation of the present invention.

FIG. **14** shows a timing diagram of an asynchronous write operation, in accordance with one embodiment of the present invention. During writing mode, writing is accomplished asynchronously by taking chip enable (/CE) low and write enable (/WE) input low. If the byte low enable (/BLE) is low, then data from the low I/O pins (I/O**0**–I/O**7**) is written to the location specified on the address pins. If byte high enable (/BHE) is low, then data from the high I/O pins (I/O**8**–**18/15**) is written to the location specified on the address pins. The clock is ignored in this mode.

In an optional feature, the burst mode can be suspended. FIG. **15** shows a timing diagram of a synchronous read operation, in accordance with one embodiment of the present invention. If the clock (CLK) is held low during a burst read cycle, the mode is suspended. The burst starts from the point at which it left off when the clock (CLK) starts toggling.

In another optional feature, the memory device can transition from a synchronous read mode to an asynchronous write mode. FIG. **16** shows a timing diagram of a switching waveform, in accordance with one implementation. First, the advance (/ADV) control signal is driven low in order to load a new address into the memory device. A high input on advance (/ADV) will increment the internal burst counter regardless of the state of the chip enable (/CE) inputs or write enable (/WE). The output enable (/OE) should remain low during the entire burst access. The wait pin is driven low when valid data is on the bus, to execute a burst read. Next, to execute an asynchronous write, the write enable is asserted low along with asserting the advance low. The chip enable and output enable are continued to be held low.

In yet another optional feature, the memory device can transition from an asynchronous write to synchronous read. FIG. **17** shows a timing diagram of a switching waveform, in accordance with one possible implementation. First, the chip enable (/CE) control signal and write enable (/WE) are asserted low, to execute an asynchronous write. Next, to execute a synchronous read, the advance (/ADV) control signal is driven low in order to load a new address into the memory device. A high input on advance (/ADV) will increment the internal burst counter regardless of the state of the chip enable (/CE) inputs or write enable (/WE). The output enable (/OE) should remain low during the entire burst access. The wait pin is driven low when valid data is on the bus.

Embodiments of the present invention advantageously provide a memory device capable of transferring data asynchronously and synchronously. The multiple modes of data transfer, provided by embodiments of the present invention, advantageously allows for replacing NOR-flash (e.g., relatively fast and expensive) with NAND-flash (e.g., relatively slow but inexpensive). Furthermore, embodiments of the present invention are advantageous in that the memory device may be operated as a read through device (e.g., tunnel flash memory).

The foregoing descriptions of specific embodiments of the present invention have been presented for purposes of illustration and description. They are not intended to be exhaustive or to limit the invention to the precise forms disclosed, and obviously many modifications and variations are possible in light of the above teaching. The embodiments

10

were chosen and described in order to best explain the principles of the invention and its practical application, to thereby enable others skilled in the art to best utilize the invention and various embodiments with various modifications as are suited to the particular use contemplated. It is intended that the scope of the invention be defined by the Claims appended hereto and their equivalents.

What is claimed is:

**1**. A memory device data transfer method comprising:

determining a transfer mode between synchronous and asynchronous, wherein a configuration register specifies said transfer mode between synchronous and asynchronous;

determining whether said transfer mode is write or read; and

transferring data according to said determined mode.

**2**. The method according to claim **1**, wherein said configuration register specifies a plurality of functionalities of said transfer mode.

**3**. The method according to claim **1**, wherein a first state of a plurality of control signals specifies that said transfer mode is synchronous.

**4**. The method according to claim **1**, wherein a second state of a plurality of control signals specifies that said transfer mode is asynchronous.

**5**. The method according to claim **1**, wherein a third state of a plurality of control signals specifies that said transfer mode is write.

**6**. The method according to claim **1**, wherein a fourth state of a plurality of control signals specifies that said transfer mode is read.

**7**. A memory device comprising:

an array of memory cells for storing data;

an asynchronous/synchronous logic coupled to a plurality of control signals and said array of memory cells, wherein asynchronous transfer of data stored in said array of memory cells is provided based upon a first state of said control signals and wherein synchronous transfer of data stored in said array of memory cells is provided based upon a second state of said control signals; and

a configuration register coupled to said asynchronous/synchronous logic, wherein said first state of said control signals or said second state of said control signals is latched for access by said asynchronous/synchronous logic.

**8**. The memory device according to claim **7**, further comprising:

an address buffer coupled to an address bus;

an address register coupled to said address buffer and said control logic, wherein an address is latched during synchronous transfers;

an address decoder coupled to said array of memory cells, and said address buffer during asynchronous transfers, and said address register during synchronous transfers, wherein a memory cell is selected;

a sense amplifier coupled to said array of memory cells, wherein a state of said selected memory cell is detected;

a data-in driver coupled to said array of memory cells and a data bus, wherein a state of said selected memory cell is programmed;

a data register coupled to said data-in driver and said sense amplifier, wherein a data is latched during synchronous transfers;

US 6,791,898 B1

11

a data buffer coupled to a data bus, and said data-in driver and said sense amplifier during asynchronous transfers, and said data register during synchronous transfers; and

a control logic coupled to a plurality of control signals, wherein operation of said address register, said address decoder, said sense amplifier, said data-in drive and said data registers are controlled in response to said control signals.

9. A plurality of transfer methods comprising:

transferring data asynchronously;

transferring data synchronously;

switching from transferring data synchronously to transferring data asynchronously;

switching from transferring data asynchronously to transferring data synchronously; and

wherein a configuration register provides for selection between said transferring data asynchronous and said transferring data synchronous.

10. The plurality of transfer methods according to claim 9, wherein said transferring data asynchronously comprises:

reading data; and

writing data.

11. The plurality of transfer methods according to claim 10, wherein said reading data asynchronously comprises reading a plurality of words.

12

12. The plurality of transfer methods according to claim 10, wherein said writing data asynchronously comprises writing a plurality of words.

13. The plurality of transfer methods according to claim 9, wherein said transferring data synchronously comprises reading data.

14. The plurality of transfer methods according to claim 13, wherein said reading data synchronously comprises reading a burst of words.

15. The plurality of transfer methods according to claim 13, wherein said reading data synchronously further comprises providing a specified data latency.

16. The plurality of transfer methods according to claim 9, wherein switching from transferring data synchronously to transferring data asynchronously further comprises switching from reading data synchronously to writing data asynchronously.

17. The plurality of transfer methods according to claim 9, wherein switching from transferring data asynchronously to transferring data synchronously further comprises switching from writing data asynchronously to reading data synchronously.

18. The plurality of transfer methods according to claim 9, wherein said configuration register further provides for selection of a plurality of functionalities of said plurality of transfer methods.

* * * * *