# EXHIBIT B

| US6791898 | Analog Devices – ADSP-BF525 ("The Accused product") |
|---|---|
| 7. A memory device comprising: | The accused product discloses a memory device (e.g., memory in ADSP-BF525 processors).<br><br><br><br>https://www.analog.com/en/index.html |



https://www.analog.com/en/products/adsp-bf525.html#product-overview



https://www.analog.com/media/en/technical-documentation/data-sheets/ADSP-BF522_BF523_BF524_BF525_BF526_BF527.pdf

| | |
|---|---|
| | **MEMORY ARCHITECTURE**<br><br>The Blackfin processor views memory as a single unified 4G byte address space, using 32-bit addresses. All resources, including internal memory, external memory, and I/O control registers, occupy separate sections of this common address space. The memory portions of this address space are arranged in a hierarchical structure to provide a good cost/performance balance of some very fast, low-latency on-chip memory as cache or SRAM, and larger, lower-cost and performance off-chip memory systems. See Figure 3.<br><br>The on-chip L1 memory system is the highest-performance memory available to the Blackfin processor. The off-chip memory system, accessed through the external bus interface unit (EBIU), provides expansion with SDRAM, flash memory, and SRAM, optionally accessing up to 132M bytes of physical memory.<br><br>The memory DMA controller provides high-bandwidth data-movement capability. It can perform block transfers of code or data between the internal memory and the external memory spaces.<br><br>**Internal (On-Chip) Memory**<br><br>The processor has three blocks of on-chip memory providing high-bandwidth access to the core.<br><br>The first block is the L1 instruction memory, consisting of 64K bytes SRAM, of which 16K bytes can be configured as a four-way set-associative cache. This memory is accessed at full processor speed.<br><br>The second on-chip memory block is the L1 data memory, consisting of up to two banks of up to 32K bytes each. Each memory bank is configurable, offering both cache and SRAM functionality. This memory block is accessed at full processor speed.<br><br>The third memory block is a 4K byte scratchpad SRAM which runs at the same speed as the L1 memories, but is only accessible as data SRAM and cannot be configured as cache memory.<br><br>**External (Off-Chip) Memory**<br><br>External memory is accessed via the EBIU. This 16-bit interface provides a glueless connection to a bank of synchronous DRAM (SDRAM), as well as up to four banks of asynchronous memory devices including flash, EPROM, ROM, SRAM, and memory mapped I/O devices.<br><br>https://www.analog.com/media/en/technical-documentation/data-sheets/ADSP-BF522_BF523_BF524_BF525_BF526_BF527.pdf |
| an array of memory cells for storing data; | The accused product discloses an array of memory cells for storing data.<br><br>As shown below, ADSP-BF525 discloses use of Internal/external memory which comprises an array of memory cells for storing data. |



https://www.analog.com/en/products/adsp-bf525.html#product-overview



https://www.analog.com/media/en/technical-documentation/data-sheets/ADSP-BF522_BF523_BF524_BF525_BF526_BF527.pdf

optimized for use in conjunction with the C/C++ compiler, resulting in fast and efficient software implementations.

## MEMORY ARCHITECTURE

The Blackfin processor views memory as a single unified 4G byte address space, using 32-bit addresses. All resources, including internal memory, external memory, and I/O control registers, occupy separate sections of this common address space. The memory portions of this address space are arranged in a hierarchical structure to provide a good cost/performance balance of some very fast, low-latency on-chip memory as cache or SRAM, and larger, lower-cost and performance off-chip memory systems. See Figure 3.

The on-chip L1 memory system is the highest-performance memory available to the Blackfin processor. The off-chip memory system, accessed through the external bus interface unit (EBIU), provides expansion with SDRAM, flash memory, and SRAM, optionally accessing up to 132M bytes of physical memory.

The memory DMA controller provides high-bandwidth data-movement capability. It can perform block transfers of code or data between the internal memory and the external memory spaces.

### Internal (On-Chip) Memory

The processor has three blocks of on-chip memory providing high-bandwidth access to the core.

The first block is the L1 instruction memory, consisting of 64K bytes SRAM, of which 16K bytes can be configured as a four-way set-associative cache. This memory is accessed at full processor speed.

The second on-chip memory block is the L1 data memory, consisting of up to two banks of up to 32K bytes each. Each memory bank is configurable, offering both cache and SRAM functionality. This memory block is accessed at full processor speed.

The third memory block is a 4K byte scratchpad SRAM which runs at the same speed as the L1 memories, but is only accessible as data SRAM and cannot be configured as cache memory.

### External (Off-Chip) Memory

External memory is accessed via the EBIU. This 16-bit interface provides a glueless connection to a bank of synchronous DRAM (SDRAM), as well as up to four banks of asynchronous memory devices including flash, EPROM, ROM, SRAM, and memory mapped I/O devices.

https://www.analog.com/media/en/technical-documentation/data-sheets/ADSP-BF522_BF523_BF524_BF525_BF526_BF527.pdf

| | |
|---|---|
| | https://www.analog.com/media/en/technical-documentation/data-sheets/ADSP-BF522_BF523_BF524_BF525_BF526_BF527.pdf |
| an asynchronous/synchronous logic coupled to a plurality of control signals and said array of memory cells, wherein | The accused product discloses an asynchronous/synchronous logic (e.g. Asynchronous/synchronous mode) coupled to a plurality of control signals (e.g. SYNC, AWE, DMAEN, etc) and said array of memory cells, wherein asynchronous transfer of data stored in said array of memory cells is provided based upon a first state of said control signals (e.g. SYNC set to 0, AWE set to 0, etc.) and wherein synchronous transfer of data stored in said array of memory cells is provided based upon a second state of said control signals (e.g. SYNC set to 1, AWE set to 1, etc.). |

| | |
|---|---|
| asynchronous transfer of data stored in said array of memory cells is provided based upon a first state of said control signals and wherein synchronous transfer of data stored in said array of memory cells is provided based upon a second state of said control signals; and | <br><br>https://www.analog.com/en/products/adsp-bf525.html#product-documentation |



Figure 6-6. DMA Configuration Registers

https://www.analog.com/media/en/dsp-documentation/processor-manuals/ADSP-BF52x_hwr_rev1.2.pdf

- SYNC (work unit transitions). This bit specifies whether the DMA channel performs a continuous transition (SYNC = 0) or a synchronized transition (SYNC = 1) between work units. For more information, see "Work Unit Transitions" on page 6-25.

https://www.analog.com/media/en/dsp-documentation/processor-manuals/ADSP-BF52x_hwr_rev1.2.pdf

### Work Unit Transitions

Transitions from one work unit to the next are controlled by the SYNC bit in the DMAx_CONFIG register of the work units. In general, continuous transitions have lower latency at the cost of restrictions on changes of data format or addressed memory space in the two work units. These latency gains and data restrictions arise from the way the DMA FIFO pipeline is handled while the next descriptor is fetched. In continuous transitions (SYNC = 0), the DMA FIFO pipeline continues to transfer data to and from the peripheral or destination memory during the descriptor fetch and/or when the DMA channel is paused between descriptor chains.

Synchronized transitions (SYNC = 1), on the other hand, provide better real-time synchronization of interrupts with peripheral state and greater flexibility in the data formats and memory spaces of the two work units, at the cost of higher latency in the transition. In synchronized transitions, the DMA FIFO pipeline is drained to the destination or flushed (RX data discarded) between work units.

https://www.analog.com/media/en/dsp-documentation/processor-manuals/ADSP-BF52x_hwr_rev1.2.pdf

- WNR (DMA direction). This bit specifies DMA direction—memory read (0) or memory write (1).

https://www.analog.com/media/en/dsp-documentation/processor-manuals/ADSP-BF52x_hwr_rev1.2.pdf

| | |
|---|---|
| | Table 7-2. Asynchronous Memory Interface Signals |
| | | Pad | Pin Type [1] | Description |
| | |---|---|---|
| | | DATA[15:0] | I/O | External data bus |
| | | CLKOUT | O | Switches at system clock frequency. Connect to the peripheral if required. |
| | | ADDR[19:1] | O | External address bus |
| | | AMS[3:0] | O | Asynchronous memory bank selects |
| | | AWE | O | Asynchronous memory write enable |
| | | ARE | O | Asynchronous memory read enable |
| | | AOE | O | Asynchronous memory output enable. In most cases, the AOE pin should be connected to the OE pin of an external memory-mapped asynchronous device. Refer to the product data sheet for specific timing informa- |
| | https://www.analog.com/media/en/dsp-documentation/processor-manuals/ADSP-BF52x_hwr_rev1.2.pdf |
| a configuration register coupled to said asynchronous/synchronous logic, wherein said first state of said control signals or said second state of said control signals is latched for access by said asynchronous/synchronous logic. | The accused product discloses a configuration register coupled to said asynchronous/synchronous logic (e.g., Asynchronous/synchronous mode), wherein said first state of said control signals (e.g., SYNC set to 0, AWE set to 0) or said second state of said control signals (e.g., SYNC set to 1, AWE set to 1, etc.) is latched for access by said asynchronous/synchronous logic (e.g., Asynchronous/synchronous mode). |



https://www.analog.com/en/products/adsp-bf525.html#product-documentation



Figure 6-6. DMA Configuration Registers

https://www.analog.com/media/en/dsp-documentation/processor-manuals/ADSP-BF52x_hwr_rev1.2.pdf

- WNR (DMA direction). This bit specifies DMA direction—memory read (0) or memory write (1).

https://www.analog.com/media/en/dsp-documentation/processor-manuals/ADSP-BF52x_hwr_rev1.2.pdf

- SYNC (work unit transitions). This bit specifies whether the DMA channel performs a continuous transition (SYNC = 0) or a synchronized transition (SYNC = 1) between work units. For more information, see "Work Unit Transitions" on page 6-25.

In DMA transmit (memory read) and MDMA source channels, the

https://www.analog.com/media/en/dsp-documentation/processor-manuals/ADSP-BF52x_hwr_rev1.2.pdf

### Work Unit Transitions

Transitions from one work unit to the next are controlled by the SYNC bit in the DMAx_CONFIG register of the work units. In general, continuous transitions have lower latency at the cost of restrictions on changes of data format or addressed memory space in the two work units. These latency gains and data restrictions arise from the way the DMA FIFO pipeline is handled while the next descriptor is fetched. In continuous transitions (SYNC = 0), the DMA FIFO pipeline continues to transfer data to and from the peripheral or destination memory during the descriptor fetch and/or when the DMA channel is paused between descriptor chains.

Synchronized transitions (SYNC = 1), on the other hand, provide better real-time synchronization of interrupts with peripheral state and greater flexibility in the data formats and memory spaces of the two work units, at the cost of higher latency in the transition. In synchronized transitions, the DMA FIFO pipeline is drained to the destination or flushed (RX data discarded) between work units.

https://www.analog.com/media/en/dsp-documentation/processor-manuals/ADSP-BF52x_hwr_rev1.2.pdf

Table 7-2. Asynchronous Memory Interface Signals

| Pad | Pin Type [1] | Description |
|---|---|---|
| DATA[15:0] | I/O | External data bus |
| CLKOUT | O | Switches at system clock frequency. Connect to the peripheral if required. |
| ADDR[19:1] | O | External address bus |
| $\overline{AMS[3:0]}$ | O | Asynchronous memory bank selects |
| $\overline{AWE}$ | O | Asynchronous memory write enable |
| $\overline{ARE}$ | O | Asynchronous memory read enable |
| $\overline{AOE}$ | O | Asynchronous memory output enable  In most cases, the $\overline{AOE}$ pin should be connected to the $\overline{OE}$ pin of an external memory-mapped asynchronous device. Refer to the product data sheet for specific timing informa- |

https://www.analog.com/media/en/dsp-documentation/processor-manuals/ADSP-BF52x_hwr_rev1.2.pdf